# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| SHANNON SCHLOEGEL, individually and on behalf of others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:21-cv-00631-DGK |
| EDGEWELL PERSONAL CARE COMPANY and EDGEWELL PERSONAL CARE BRANDS, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Doc. 10) is GRANTED. All claims are DISMISSED WITHOUT PREJUDICE.

March 16, 2022   Paige Wymore-Wynn
Dated     Clerk of Court

March 17, 2022   /s/ Tracy Strodtman
Entered     (by) Deputy Clerk